Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.    Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Gerald Giocondo

-vs-

**B.    Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. Barack Obama
2.
3.
4.
5.
6.

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: **all parties reside in different states**

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: **the claim arises in Monroe County**

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: **Tort claim**

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Gerald Giocondo

Present Address: 113 North Clinton Avenue Apt 214 Rochester New York 14606

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Barack Obama

Official Position of Defendant (if relevant): President

Address of Defendant: 1600 Pennsilvania Avenue The White House Washington DC. 20500

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?

Yes____   No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s):_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check those statements which apply):

    ____ Dismissed (check the statement which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
        ____ By court due to your voluntary withdrawal of claim;

    ____ Judgment upon motion or after trial entered for

        ____ plaintiff
        ____ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On *(date of the incident)* 3/15/10 - 3/15/11,
defendant *(give the **name and** (if relevant) **the position held** of **each defendant** involved in this incident)* Barak Obama was President therefore in charge of the Federal Bureau of Investigation. An agent of the Federal Bureau of Investigation

3

did the following to me (*briefly state what each defendant named above did*): Assalted, Robbed, Extorted the Plaintiff. The Agent Robbed the Plaintiff on 3/5/10. The Agent Robbed and assalted the plaintiff on 3/12/10. The Agent Robbed the Plaintiff on 3/24/10. The Agent Exturted and Robbed the Plaintiff on 9/5/10. The Agent Robbed the Plaintiff on 9/9/10. The Agent Assalted the Plantiff after the Plaintiff Reported the Agent to The Rochester

The federal basis for this claim is: Federal Crimes, by the Federal Bureau of Investigations.

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: Prosucate the Defendent.

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

Police Department for Robbery on 4/19/10. The Agent Robbed The Plaintiff on 4/20/10. The Agent Extorted The Plaintiff on 4/30/10. The Agent Robbed The Plaintiff on 5/7/10. The Agent Robbed The Plaintiff on 5/12/10. The Agent Twice Robbed The Plaintiff on 5/27/10. The Agent Robbed The Plaintiff on 6/1/10. The Agent Robbed The Plaintiff on 6/5/10. The Agent Twice Robbed The Plaintiff on 6/7/10. The Agent Extorted The Plaintiff on 6/9/10. The Agent Robbed The Plaintiff on 7/10/10. The Agent Robbed The Plaintiff on 8/20/10. The Agent Assalted The Plaintiff on 9/3/10. The Agent Assalted The Plaintiff on 9/13/10. The Agent Assalted The Plaintiff with a Weapon on 10/12/10. The Agent Extorted The Plaintiff on 10/30/10.

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

20,000,000 Dollars in Psycological Suffering. 5,000,000 Dollars in Punative Damages.

Do you want a jury trial? Yes____ No ✓

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  8/15/10
             (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

[signature]

Signature(s) of Plaintiff(s)

5